**In the Matter of THEBESE R.**

**No. 82–115–M.P.**

Supreme Court of Rhode Island.

March 11, 1982.

William F. Reilly, Public Defender, Stephen C. Bridge, Asst. Public Defender, for petitioner.

### ORDER

The petition for writ of habeas corpus is denied.

**Joanne DiLEONE**

v.

**Leonard DiLEONE.**

**No. 82–104–M.P.**

Supreme Court of Rhode Island.

March 18, 1982.

Alfred Factor, Kirshenbaum & Kirshenbaum, Providence, for plaintiff-respondent.

Leonard A. Kamaras, Providence, for defendant-petitioner.

### ORDER

The petition for writ of certiorari is denied.

The partial stay entered in this matter on March 4, 1982 is vacated.

**Michael J. FEROLA**

v.

**John MORAN et al.**

**No. 82–112–M.P.**

Supreme Court of Rhode Island.

March 18, 1982.

Michael J. Ferola, pro se.

### ORDER

The petition for writ of habeas corpus is denied without prejudice to petitioner's filing an appropriate action in the Superior Court.

**Michael J. FEROLA**

v.

**STATE.**

**No. 81–553–M.P.**

Supreme Court of Rhode Island.

March 18, 1982.

Michael J. Ferola, pro se.

Dennis J. Roberts, II, Atty. Gen., Michael J. McEntee, Sp. Asst. Atty. Gen., for respondent.

### ORDER

The petition for writ of habeas corpus is denied.